CHARLES A. COLE, Respondent, v. MARIE JENNINGS, Appellant.— Judgment and order unanimously affirmed, with costs. The question of variance between the pleadings and the proof was not raised upon the trial; if raised it might have been obviated. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on the Complaint of ESTHER SIMON, Respondent, v. ARTHUR DATRIE, Appellant.— Order of filiation of the Court of Special Sessions affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

MAURICE COURLAND, Respondent, v. EDGAR R. GALLAVAN and E. M. A. REALTY COMPANY, INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

J. HENRY DICK and J. ADOLPH MOLLENHAUER, as Executors of WILLIAM DICK, Deceased, Appellants, v. ROBERT CHAPMAN and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. (See *Godley* v. *Crandall & Godley Co.*, 181 App. Div. 75; affd., 227 N. Y. 656.) Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

AMELIA M. FARDETTE, as Administratrix, etc., of BRENTWOOD F. FARDETTE, Deceased, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant, and FARRON S. BETTS, Defendant.— Judgment and order affirmed, with costs. No opinion. Blackmar, P. J., Rich and Jaycox, JJ., concur; Putnam, J., votes to reverse on the ground of the exceptions at folios 353 and 354 of the record, and on the further consideration that defendant's duty toward an intoxicated passenger was modified by the fact that such passenger was in the care of a companion who was sober and exercising care toward him, which qualifying circumstance does not appear to have been directly presented to the jury; Mills, J., dissents on the second ground stated by Putnam, J.

WILLIAMSON W. FULLER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment of the County Court of Westchester county reversed, with costs, and the judgment of the Justice of the Peace Court unanimously affirmed, with costs, upon the ground that defendant was entitled to retain the *pro rata* freight charged from Ossining to New York city, the place at which plaintiff, with defendant's consent, retook the automobile. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

KATIE B. HESS, Appellant, v. WILLIAM HESS, Respondent, and Others, Defendants. AUGUST SIEGEL, Purchaser, Respondent.— Order affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.